**Brandon Scott LAVERGNE,
Plaintiff–Appellant**

v.

**ADVANCIAL FEDERAL CREDIT
UNION, Defendant–Appellee.**

No. 14–30262
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 1, 2014.

Brandon Scott Lavergne, Angola, LA,
pro se.

Before WIENER, OWEN, and
HAYNES, Circuit Judges.

PER CURIAM: *

Plaintiff Brandon Scott Lavergne is an
inmate serving two life sentences in Loui-
siana state prison. Proceeding pro se and
*in forma pauperis,* he filed suit against
Advancial Federal Credit Union ("Advan-
cial") for freezing his deposit account, sell-
ing his truck, and using the proceeds from
that sale and other funds in his account to
pay off the note on the truck. Adopting
the magistrate judge's recommendation,
the district court dismissed the case *sua
sponte* pursuant to 28 U.S.C.

---

§ 1915(e)(2)(B). Finding no error, we AF-
FIRM.

AFFIRMED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.